Plaintiff
Metropolitan Life Insurance Company

V

Defendant
Tianna Smalls

ORIGINAL
RD 12/16/19
RECEIVED DEC 13 2019 PRO SE OFFICE
FILED IN CLERK'S OFFICE US DISTRICT COURT E.D.N.Y.
★ DEC 13 2019 ★
BROOKLYN OFFICE

Case #
1:19-CV-03268-ENV-RML

I am writing to Judge Eric N. Vitaliano to leave my phone number in case a lawyer picks up our case. 646-464-0983.

Tianna Smalls