ORIGINAL

RD 12/16/19

RECEIVED DEC 13 2019 PRO SE OFFICE

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 13 2019 ★
BROOKLYN OFFICE

Plaintiff
Metropolitan Life Insurance Company

V

Defendant
Tianna Smalls

Case #
1:19-cv-03268-ENV-RML

I am writing to Judge Eric N. Vitaliano to leave my phone number in case a lawyer picks up our case. 646-464-0983.

Tianna Smalls